

ORRICK, HERRINGTON & SUTCLIFFE LLP
51 WEST 52ND STREET
NEW YORK, NEW YORK 10019-6142

tel +1-212-506-5000
fax +1-212-506-5151

WWW.ORRICK.COM

February 4, 2015

David L. Elkind
(202) 339-8462
delkind@orrick.com

**VIA ECF**

Honorable Colleen McMahon
Southern District of New York
500 Pearl Street, Room 1640
New York, NY 10007

Re: *Consolidated Edison Company of New York, Inc. v. Lexington Insurance Company*, 14-cv-6547 (CM) (JLC)

Dear Judge McMahon:

Pursuant to Rule IV.B of Your Honor's Individual Practices and Procedures and Paragraph 8 of the Parties' Civil Case Management Plan, Plaintiff, Consolidated Edison Company of New York, Inc. ("Con Edison"), respectfully requests an order of reference to Magistrate Judge James L. Cott for discovery supervision.

Con Edison seeks to make a motion to compel discovery from Defendant Lexington Insurance Company ("Lexington") that Lexington has refused to provide. The parties sought to resolve this dispute by telephone conference and subsequent correspondence, but were unable to reach a resolution. In accordance with Your Honor's Practices and Procedures, Con Edison respectfully requests an order of reference to Magistrate Judge Cott.

Very truly yours,

David L. Elkind

*Attorney for Plaintiff*

cc: Timothy Kevane, Attorney for Lexington (by ECF)

OHSUSA:760947259.2