UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

Consolidated Edison Company of New York, Inc.,

            Plaintiff(s),                    14 Civ. 6547 (CM) (JLC)


                                             ORDER OF REFERENCE
          -against-                    TO A MAGISTRATE JUDGE

Lexington Insurance Company,
            Defendant(s).
_____X

The above entitled action is referred to the Honorable James L. Cott, United States Magistrate
Judge for the following purpose(s):

_____ General Pretrial (includes scheduling,       _____ Consent under 28 U.S.C.
        discovery, non-dispositive pretrial motions,       §636(c) for all purposes
        and settlement                          (including trial)

  __✓__ Specific Non-Dispositive Motion/Dispute:*   _____ Consent under 28 U.S.C.
                                        §636(c) for limited purpose
     Discovery                          (e.g., dispositive motion,
                                         preliminary injunction)

                                         Purpose:_____

      If referral is for discovery disputes when     _____ Habeas Corpus
      the District Judge is unavailable, the time
      period of the referral:_____      ___ Social Security

_____ Settlement*                      _____ Dispositive Motion (i.e., motion
                                  requiring a Report and
_____ Inquest After ~~Default/Damages~~ Hearing     Recommendation

┌─────────────────────────────┐
│ USDC SDNY                             Particular Motion:_____
│ DOCUMENT
│ ELECTRONICALLY FILED
│ DOC #:_____                  All such motions:_____
│ DATE FILED: 2/9/15
└─────────────────────────────┘

* Do not check if already assigned for general pretrial.

Dated: 2/9/15
      New York, New York

                                     SO ORDERED:

                                     Hon. Colleen McMahon
                                     United States District Judge