UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Consolidated Edison Co. of New York, Inc.,

    Plaintiff,

-against-

Lexington Insurance Company,

    Defendant.

Index No. 14 Civ. 6547 (CM) (JLC)

[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE

The motion of Richard P. Gallena, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Maryland; and that his contact information is as follows:

Richard P. Gallena
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005-1706
Phone: 1-202-339-8400
rgallena@orrick.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/10/15

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Consolidated Edison Co. of New York, Inc. in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

DATED: 2/10/15

_____

United States District/~~Magistrate Judge~~