```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/10/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CONSOLIDATED EDISON COMPANY
OF NEW YORK, INC.

              Plaintiff,

              -v-

LEXINGTON INSURANCE COMPANY,

              Defendant.
-----------------------------------------------------------X

ORDER SCHEDULING
CONFERENCE

14-CV-6547 (CM) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

By order dated February 9, 2015, Judge McMahon referred this case to me for a specific discovery dispute (Dkt. No. 19), prompted by Plaintiff's request for a referral in anticipation of filing a motion to compel discovery from Defendant. (Dkt. No. 17). The Court will hold a telephone conference on **February 13, 2015 at 3:00 p.m.** so that the parties may explain the nature of the dispute and the specific relief sought. Counsel should contact the court at (212) 805-0250 at the designated time.

      **SO ORDERED.**

Dated: New York, New York
       February 10, 2015

                                            JAMES L. COTT
                                            United States Magistrate Judge