```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CONSOLIDATED EDISON COMPANY            :
OF NEW YORK, INC.                      :
                                       :
                Plaintiff,             :       SCHEDULING ORDER
                                       :
        -v-                            :       14-CV-6547 (CM) (JLC)
                                       :
LEXINGTON INSURANCE COMPANY,           :
                                       :
                Defendant.             :
-------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/17/15

**JAMES L. COTT, United States Magistrate Judge.**

The Court held a telephone conference with the parties today to discuss the nature of their current discovery disputes and to set a schedule for Plaintiff's anticipated motion to compel. The parties are directed to further meet and confer prior to February 27, 2015 to attempt to narrow the disputes presented and to discuss the need for a protective order. To the extent the parties cannot achieve resolution of these issues, the following schedule shall apply:

Plaintiff shall file and serve its motion to compel discovery, which may be accompanied, in a separate submission, by a proposed protective order, no later than **February 27, 2015**; and

Defendant shall file and serve its opposition to Plaintiff's motion and any proposed modifications to the protective order by **March 13, 2015**.

As discussed at the conference, the parties' motion papers should be in the form of 10-page letter briefs to be filed on ECF, exclusive of their submissions with respect to the proposed protective order.

**SO ORDERED.**

Dated: New York, New York
       February 13, 2015

JAMES L. COTT
United States Magistrate Judge