IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., <br><br> Plaintiff, <br><br> v. <br><br> LEXINGTON INSURANCE COMPANY, <br><br> Defendant. | Case No. 14 Civ. 6547 (CM) (JLC) <br><br> **NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT** |

PLEASE TAKE NOTICE, that upon the accompanying Memorandum of Law in Support of Defendant's Motion for Partial Summary Judgment, the Statement of Material Facts, and the Declaration of Timothy D. Kevane and exhibits thereto, defendant Lexington Insurance Company ("Lexington") moves this Court, before the Honorable Colleen McMahon, United States District Judge, United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 17C, New York, New York, for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure for partial summary judgment in Lexington's favor, and granting such other and further relief as may be just and proper.

Dated: May 8, 2015

                                            Sedgwick LLP

                                            /s/ Timothy D. Kevane
                                            Lawrence Klein
                                            Timothy D. Kevane
                                            225 Liberty Street, 28th Floor
                                            New York, NY  10281
                                            Telephone: (212) 422-0202
                                            Facsimile: (212) 422-0925
                                            lawrence.klein@sedgwicklaw.com
                                            timothy.kevane@sedgwicklaw.com
                                            *Attorneys for Defendant Lexington Insurance Company*

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 8, 2015, a copy of the Notice of Motion for Partial Summary Judgment; Memorandum of Law in Support of Motion for Partial Summary Judgment; Statement of Material Facts; and Declaration of Timothy D. Kevane and exhibits thereto were served using the Court's CM/ECF system, with electronic notice of such filing on:

>David L. Elkind
>Richard P. Gallena
>Columbia Center
>1152 15th Street, N.W.
>Washington, D.C. 20005
>Telephone (202) 339-8400
>Facsimile (202) 339-8500
>delkind@orrick.com
>rgallena@orrick.com
>*Attorneys for Plaintiff*

>/s/ Timothy D. Kevane
>Timothy D. Kevane