ATTORNEYS AT LAW
225 LIBERTY STREET, 28TH FLOOR   NEW YORK, NY 10281-1008
www.sedgwicklaw.com   212.422.0202 *phone*   212.422.0925 *fax*



*Timothy D. Kevane*
*(212) 898-4008*
*timothy.kevane@sedgwicklaw.com*

May 28, 2015

**Via ECF**

Hon. Colleen McMahon
United States District Court
500 Pearl Street, Room 1640
New York, N.Y.  10007

Re:   *Consolidated Edison Company of New York, Inc. v. Lexington Insurance Company,*
        Case No. 14-cv-06547-CM
        Our File No.:     02331-007950

Dear Judge McMahon:

We represent defendant Lexington Insurance Company.

Lexington filed a motion for partial summary judgment on May 8, 2015.  Con Edison filed its opposition on May 22, 2015.  Our reply brief is due on June 1, 2015.

The purpose of this letter is to request a one-week extension to file the reply because our client is on vacation and will not be returning until June 1st.

Accordingly, we respectfully request an extension to file the reply to June 8, 2015.  Con Edison has agreed to the extension.

Thank for Your Honor's consideration of this request.

Respectfully,

*Tim Kevane*

Timothy D. Kevane
Sedgwick LLP

cc:     David Elkind
         Lawrence Klein

20229297v2