ATTORNEYS AT LAW
225 LIBERTY STREET, 28TH FLOOR  NEW YORK, NY 10281-1008
www.sedgwicklaw.com   212.422.0202 phone   212.422.0925 fax

# Sedgwick LLP

*Timothy D. Kevane*
*(212) 898-4008*
*timothy.kevane@sedgwicklaw.com*

**MEMO ENDORSED**

May 28, 2015

5/28/15
Granted.
[signature: Colleen McMahon]

**Via ECF**

Hon. Colleen McMahon
United States District Court
500 Pearl Street, Room 1640
New York, N.Y. 10007

Re:  *Consolidated Edison Company of New York, Inc. v. Lexington Insurance Company,*
     Case No. 14-cv-06547-CM
     Our File No.:  02331-007950

Dear Judge McMahon:

We represent defendant Lexington Insurance Company.

Lexington filed a motion for partial summary judgment on May 8, 2015. Con Edison filed its opposition on May 22, 2015. Our reply brief is due on June 1, 2015.

The purpose of this letter is to request a one-week extension to file the reply because our client is on vacation and will not be returning until June 1st.

Accordingly, we respectfully request an extension to file the reply to June 8, 2015. Con Edison has agreed to the extension.

Thank for Your Honor's consideration of this request.

Respectfully,

Tim Kevane

Timothy D. Kevane
Sedgwick LLP

cc:  David Elkind
     Lawrence Klein

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/15

20229297v2