McMahon, C.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/2/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CONSOLIDATED EDISON COMPANY OF
NEW YORK, INC.,

    Plaintiff,

-against-

LEXINGTON INSURANCE COMPANY

    Defendant.

Case No. 14-cv-6547-CM-JLC

## [~~PROPOSED~~] REVISED SCHEDULING ORDER

**THIS MATTER** is before the Court on Plaintiff Consolidated Edison Company of New York, Inc.'s Motion for an Extension of Time to Complete Depositions. It appearing to the Court that good cause exists for the requested relief, the Motion is hereby **GRANTED**.

Accordingly, pursuant to Fed. R. Civ. P. 16(b), the Court hereby orders that:

1. All depositions must be completed by **July 6, 2015**.

2. A joint pre-trial order in the form prescribed in Judge McMahon's individual rules, together with all other pre-trial submissions required by those rules (not including *in limine* motions), shall be submitted on or before **July 21, 2015**. Following submission of the joint pre-trial order, counsel will be notified of the date of the final pre-trial conference. *In limine* motions must be filed within five days of receiving notice of the final pre-trial conference; responses to *in limine* motions are due five days after the motions are made. Cases may be called for trial at any time following the final pre-trial conference.

Dated: 6/1/2015

SO ORDERED:

Hon. Colleen McMahon
United States District Judge