UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

Consolidated Edison Co. of NY, Inc.     Plaintiff,

        Case No. 1:14-cv-06547-CM-JLC

-against-

Lexington Insurance Co.
        Defendant.
-------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[X] I have cases pending      [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:

David L. Elkind
FILL IN ATTORNEY NAME

My SDNY Bar Number is: DE5559     My State Bar Number is 1931864

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:
FIRM NAME: Orrick, Herrington & Sutcliffe LLP
FIRM ADDRESS: 1152 15th Street, NW, Washington DC 20005
FIRM TELEPHONE NUMBER: 202-339-8434
FIRM FAX NUMBER: 202-339-8500

NEW FIRM:
FIRM NAME: Lowenstein Sandler LLP
FIRM ADDRESS: 2200 Pennsylvania Avenue, NW, Washington DC 20037
FIRM TELEPHONE NUMBER: 202-753-3772
FIRM FAX NUMBER: 202-753-3838

[X] I will continue to be counsel of record on the above-entitled case at my new firm agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: June 19, 2015

        ATTORNEY'S SIGNATURE