UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.,

    Plaintiff,

-against-

LEXINGTON INSURANCE COMPANY

    Defendant.

Case No. 14-cv-6547-CM-JLC

NOTICE OF MOTION TO WITHDRAW AS COUNSEL

---

**PLEASE TAKE NOTICE** that, upon the accompanying declaration of Richard Gallena, Mr. Gallena moves this Court before the Honorable Colleen McMahon, at the United States Courthouse for the Southern District of New York, pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, for an Order permitting Mr. Gallena to withdraw as counsel for Plaintiff, Consolidated Edison Company of New York, in the above- captioned action.

Submitted herewith are a declaration and a proposed order granting the Motion to Withdraw as Counsel.

**MEMO ENDORSED**

7/16/2015

[signature]

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/15

Dated: Washington, D.C.  
       June 25, 2015

Respectfully submitted,

Orrick, Herrington & Sutcliffe LLP

By: /s/ Richard Gallena

Richard P. Gallena  
Columbia Center  
1152 15th Street, N.W.  
Washington, D.C. 20005-1706  
+1-202-339-8400  
rgallena@orrick.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2015, I electronically filed the foregoing Motion for Withdrawal of Counsel with the Clerk of the District Court using the Court's CM/ECF system which sends notification of such filing to counsel for Defendant.

By: /s/ Richard Gallena

Richard P. Gallena
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005-1706
+1-202-339-8400
rgallena@orrick.com

*Attorney for Plaintiff*