AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Consolidated Edison Company of New York, Inc. ) <br> *Plaintiff* ) <br> v. ) <br> Lexington Insurance Company ) <br> *Defendant* ) | Case No.   14 Civ. 6547 (CM) (JLC) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Consolidated Edison Company of New York, Inc.

Date: ___08/04/2015___

*Attorney's signature*

Benjamin David Tievsky BT4885
*Printed name and bar number*

Lowenstein Sandler LLP
1251 Avenue of the Americas
New York, NY 10020

*Address*

btievsky@lowenstein.com
*E-mail address*

(646) 414-6976
*Telephone number*

(212) 262-7402
*FAX number*

## CERTIFICATE OF SERVICE

I, Benjamin David Tievsky, hereby certify and affirm that a true and correct copy of the attached Notice of Appearance of Counsel was served via ECF on this 4th day of August 2015, upon the following:

David L. Elkind

Lowenstein Sandler, PC

Counsel for Plaintiff Consolidated Edison Company of New York, Inc.

2200 Pennsylvania Avenue NW

Washington, DC 20037


Lawrence Jay Klein

Timothy Donald Kevane

Sedgwick LLP

Counsel for Defendant Lexington Insurance Company

225 Liberty Street, 28th Floor

New York, NY 10281

/s/Benjamin David Tievsky

Benjamin David Tievsky (BT4885)

Dated: New York, New York

August 4, 2015