UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------
Consolidated Edison Company
of New York, Inc.          Plaintiff,

Case No. 1:14-cv-06547

-against-
Lexington Insurance Company
                           Defendant.
------------------------------------------------------

### NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

__Benjamin David Tievsky__
FILL IN ATTORNEY NAME

My SDNY Bar Number is: __BT4885__   My State Bar Number is __4918405__

I am,
[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: __Vinson & Elkins LLP__
            FIRM ADDRESS: __666 Fifth Avenue, 26th Floor__
            FIRM TELEPHONE NUMBER: __(212)237-0000__
            FIRM FAX NUMBER: __(212)237-0100__

NEW FIRM:   FIRM NAME: __Lowenstein Sandler LLP__
            FIRM ADDRESS: __1251 Avenue of the Americas__
            FIRM TELEPHONE NUMBER: __(212)262-6700__
            FIRM FAX NUMBER: __(212)262-7402__

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: August 10, 2015

_____
ATTORNEY'S SIGNATURE

## CERTIFICATE OF SERVICE

I, Benjamin David Tievsky, hereby certify and affirm that a true and correct copy of the attached Notice of Change of Address was served via ECF on this 10th day of August 2015, upon the following:

David L. Elkind

Lowenstein Sandler, PC

Counsel for Plaintiff Consolidated Edison Company of New York, Inc.

2200 Pennsylvania Avenue NW

Washington, DC 20037

Lawrence Jay Klein

Timothy Donald Kevane

Sedgwick LLP

Counsel for Defendant Lexington Insurance Company

225 Liberty Street, 28th Floor

New York, NY 10281

/s/Benjamin David Tievsky

Benjamin David Tievsky (BT4885)

Dated: New York, New York

August 10, 2015