UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.<br><br>    Plaintiff,<br><br>v.<br><br>LEXINGTON INSURANCE COMPANY,<br><br>    Defendant. | Case No. 14 Civ. 6547 (CM) (JLC) |

**CERTIFICATION OF SERVICE**

    I hereby certify that today, I caused a copy of the Notice of Motion and supporting papers to be served via CM/ECF notification and e-mail on:

        Timothy D. Krevane, Esq.
        Sedwick Law
        Brookfield Place
        225 Liberty Street, 28th Floor
        New York, New York 10281-1008
        timothy.kevane@sedgwicklaw.com

        Lawrence Klein, Esq.
        Sedwick Law
        Brookfield Place
        225 Liberty Street, 28th Floor
        New York, New York 10281-1008
        lawrence.klein@sedgwicklaw.com

2

Dated:  September 23, 2015

                                        **LOWENSTEIN SANDLER LLP**

By: */s/David L. Elkind*
     David L. Elkind
     2200 Pennsylvania Avenue, NW
     Washington, D.C. 20037
     Telephone: (202)753-3773
     Facsimile: (202)753-3838
     delkind@lowenstein.com

     Benjamin D. Tievsky
     1251 Avenue of the Americas
     New York, New York 10020
     Telephone: (646) 414-6976
     Facsimile: (973) 597-2400
     btievsky@lowenstein.com

     *Attorneys for Plaintiff Consolidated*
     *Edison Company of New York, Inc.*